[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 10, 2007
THOMAS K. KAHN
CLERK

No. 06-14326
Non-Argument Calendar

_____

D. C. Docket No. 05-00243-CR-J-20-HTS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GREGORY DANIEL BACKEY,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(April 10, 2007)**

Before DUBINA, CARNES and HILL, Circuit Judges.

PER CURIAM:

Roland Falcon, counsel for Gregory Daniel Backey, in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Backey's conviction and sentence is **AFFIRMED.**